Hannah E. Dewes, by Roger E. Appleyard, Her Conservator, Appellee, v. G. Earl Grindle and Anna L. Grindle, Appellants.

Gen. No. 41,650.

Heard in second division, first district, this court at April term, 1941; opinion filed November 28, 1941; rehearing denied December 10, 1941. Heber T. Dotson, for appellants; Lawlor & Walsh, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."